UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TWDC ENTERPRISES 18 CORP. f/k/a THE WALT DISNEY COMPANY, a Delaware corporation, DISNEY STUDIO PRODUCTION SERVICES CO., LLC f/k/a WALT DISNEY PICTURES PRODUCTION, LLC, a California Corporation, WALT DISNEY PICTURES, a California corporation, MARVEL STUDIOS, LLC, a Delaware limited liability company, MVL FILM FINANCE LLC, a Delaware limited liability company, LUCASFILM LTD. LLC, a California limited liability company, and DOES 1-10,<br><br>Defendants. | Case No. 4:22-CV-02464-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIFTH AMENDED COMPLAINT** |

NO. 4:22-CV-02464-JST

[PROPOSED] ORDER

1  Defendants TWDC Enterprises 18 Corp., f/ka/ The Walt Disney Company, Disney Studio
2  Production Services Co., LLC f/k/a Walt Disney Pictures Production, Walt Disney Pictures
3  Production, LLC, Walt Disney Pictures, Marvel Studios, LLC, MVL Film Finance LLC, and
4  Lucasfilm LTD. LLC., move for an Order dismissing the First Claim for Relief (Vicarious and
5  Contributory Copyright Infringement) in Plaintiffs' Fifth Amended Complaint (Dkt. 90) under
6  Federal Rule of Civil Procedure 12(b)(6).

7  Having considered Defendants' Motion and all papers and arguments in support thereof
8  and opposition thereto, and for good cause shown, the Court HEREBY ORDERS that the Motion
9  is **GRANTED**.  Plaintiffs' First Claim for Relief (Vicarious and Contributory Copyright
10 Infringement) is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs
11 have not stated any claim upon which relief may be granted.

14 **IT IS SO ORDERED.**

16 DATED: _____, 2025                    _____
                                                  The Honorable Jon S. Tigar
17                                                United States District Judge