| | |
|---|---|
| JOSHUA M. MASUR (SBN 203510)<br>joshua.masur@hglaw.com<br>**HALEY GUILIANO LLP**<br>111 North Market Street, Suite 900<br>San Jose, California 95113<br>Telephone: +1 669 213 1056<br>Facsimile: +1 669 500 7375<br><br>BRIAN J. BECK (*pro hac vice*)<br>brian.beck@hglaw.com<br>**HALEY GUILIANO LLP**<br>75 Broad Street, Suite 510<br>New York, New York 10004<br>Telephone: +1 669 213 1058<br>Facsimile: +1 669 500 7375<br><br>*Attorneys for Plaintiffs* | KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>BLANCA F. YOUNG (SBN 217533)<br>blanca.young@mto.com<br>JOHN L. SCHWAB (SBN 301386)<br>john.schwab@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>JOSEPH TAYLOR GOOCH (SBN 294282)<br>Taylor.Gooch@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>50 California St., Suite 3600<br>San Francisco, California 94111<br>Telephone:  (628) 235-1000<br>Facsimile:   (628) 235-1001<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>TWDC ENTERPRISES 18 CORP. f/k/a THE WALT DISNEY COMPANY, a Delaware corporation, *et al.*,<br><br>           Defendants. | Case No. 4:22-cv-02464-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING OPPOSITION AND REPLY BRIEFING DATES ON DEFENDANTS' MOTION TO DISMISS IN PART PLAINTIFFS' FIFTH AMENDED COMPLAINT [DKT. 94]**<br><br>Hearing Date:  May 22, 2025<br>Time:               2:00 p.m.<br>Crtrm.:              6 (2nd Floor) |

Case No. 4:22-cv-02464-JST

STIPULATION AND [PROPOSED] ORDER REGARDING OPPOSITION AND REPLY BRIEFING DATES ON DEFENDANTS' MOTION TO DISMISS IN PART PLAINTIFFS' FIFTH AMENDED COMPLAINT

**STIPULATION**

Plaintiffs Rearden LLC and Rearden Mova LLC (collectively, "Plaintiffs") and Defendants TWDC Enterprises 18 Corp., Disney Studio Production Services Co., LLC, Walt Disney Pictures, Marvel Studios LLC, MVL Film Finance LLC, and Lucasfilm Ltd. LLC (collectively, "Defendants") (Plaintiffs and Defendants jointly the "Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiffs filed their complaint on April 21, 2022 (Dkt. 1), and a corrected/first amended complaint on June 9, 2022 (Dkt. 15);

2. Pursuant to the Court's Order (Dkt. 32) on the Parties' joint administrative motion (Dkt. 24), Defendants filed a motion to dismiss the corrected/first amended complaint on August 9, 2022 (Dkt. 34);

3. Pursuant to the Court's Order (Dkt. 39) on the Parties' joint administrative motion and stipulation (Dkt. 37), Plaintiffs filed a second amended complaint on September 26, 2022 (Dkt. 38), and Defendants filed a motion to dismiss the second amended complaint on October 24, 2022 (Dkt. 42);

4. On February 21, 2023, the Court granted Defendants' motion to dismiss with leave to file a third amended complaint by March 14, 2023 (Dkt. 54);

5. On May 24, 2023, Plaintiffs filed their third amended complaint (Dkt. 64); and Defendants moved to dismiss on July 7, 2023 (Dkt. 68);

6. On March 21, 2024, the Court granted Defendants' motion to dismiss Plaintiffs' copyright infringement claims with leave to amend and denied the motion to dismiss the patent infringement claims (Dkt. 76);

7. On April 11, 2024, Plaintiffs filed their Fourth Amended Complaint (Dkt. 77);

8. On April 18, 2024, the Parties stipulated to extend Defendants' deadline for filing a motion to dismiss the Fourth Amended Complaint to May 16, 2024 (Dkt. 78);

9. On May 16, 2024, Defendants filed their motion to dismiss the fourth amended complaint, and noticed the motion for hearing on August 1, 2024 (Dkt. 80);

10. On December 20, 2024, the Court granted Defendants' motion to dismiss Plaintiffs' secondary infringement allegations in their copyright infringement claims with leave to amend and denied the motion to dismiss the direct infringement allegations in their copyright infringement claims (Dkt. 87);

11. On January 24, 2025, Plaintiffs filed their Fifth Amended Complaint (Dkt. 90);

12. On March 3, 2025, Defendants filed their motion to dismiss in part the fifth amended complaint, and noticed the motion for hearing on May 22, 2025 (Dkt. 94);

13. Plaintiffs have requested, and Defendants have agreed, to extend the time for Plaintiffs to file an opposition to Defendants' motion to dismiss in part the Fifth Amended Complaint, provided that Defendants have the additional time to file their reply set forth below. Accordingly, the Parties have agreed to the proposed request on these matters set forth in the next paragraph.

THEREFORE, the Parties respectfully request that the Court issue an Order granting this stipulation, and providing that the deadline for Plaintiffs to file their opposition to Defendants' motion to dismiss in part the Fifth Amended Complaint be extended from March 17, 2025 to April 8, 2025 and the deadline for Defendants to file their reply in support of their motion to dismiss in part the Fifth Amended Complaint be extended to May 8, 2025 (the reply otherwise would be due March 24 if the opposition were to be filed on March 17); and that the hearing date remain May 22, 2025, or as soon thereafter as it may be heard.

**IT IS SO STIPULATED.**

Dated: March 13, 2025

**HALEY GUILIANO LLP**
JOSHUA M. MASUR
BRIAN J. BECK

By: /s/ Brian J. Beck
Brian J. Beck
Attorneys for Plaintiffs

Dated: March 13, 2025          MUNGER, TOLLES & OLSON LLP

By:   */s/ John L. Schwab*
      John L. Schwab
      Attorneys for Defendants

### CIVIL LOCAL RULE 5-1 ATTESTATION

I, Brian J. Beck, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that John L. Schwab concurred in the filing of this document.

      */s/ Brian J. Beck*
      Brian J. Beck

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiffs' opposition to Defendants' motion to dismiss in part the Fifth Amended Complaint shall be filed on or before April 8, 2025.

Defendants' reply in support of their motion to dismiss in part the Fifth Amended Complaint shall be filed on or before May 8, 2025.

The hearing on Defendants' motion to dismiss shall remain May 22, 2025.

DATED: _____, 2025

      _____
      HON. JON S. TIGAR
      United States District Judge