UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC, et al.,<br><br>            Plaintiffs,<br><br>   vs.<br><br>TWDC ENTERPRISES 18 CORP. f/k/a THE WALT DISNEY COMPANY, et al.,<br><br>            Defendants. | Case No. 4:22-CV-02464-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS [ECF No. 109]** |

Defendants' motion for leave to file a motion to reconsider the part of the Court's October 22, 2025 Order denying Defendants' Motion to Dismiss Plaintiffs' vicarious copyright infringement claim in the Fifth Amended Complaint, ECF No. 109, is **GRANTED**. Defendants shall file their motion as a separate document by November 17, 2025. Plaintiffs' opposition is due December 8, 2025. Defendants' reply is due December 15, 2025. Unless otherwise ordered, the matter will then be deemed submitted without oral argument.

**IT IS SO ORDERED.**

DATED: November 3, 2025

_____
The Honorable Jon S. Tigar
United States District Judge