KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

JOSEPH TAYLOR GOOCH (SBN 294282)
Taylor.Gooch@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California St., Suite 3600
San Francisco, California 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

*Attorneys for Defendants*

GREGORY J. LUNDELL
*greg.lundell@hglaw.com*
**HALEY GUILIANO LLP**
111 North Market Street, Suite 900
San Jose, California 95113
Telephone: +1 669 213 1056
Facsimile: +1 669 500 7375

BRIAN J. BECK (*pro hac vice*)
*brian.beck@hglaw.com*
**HALEY GUILIANO LLP**
75 Broad Street, Suite 510
New York, New York 10004
Telephone: +1 669 213 1058
Facsimile: +1 669 500 7375

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

REARDEN LLC, et al.,

Plaintiffs,

v.

TWDC ENTERPRISES 18 CORP. f/k/a THE WALT DISNEY COMPANY, et al.,

Defendants.

Case No. 4:22-cv-02464-JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING STATUS CONFERENCE**

Hearing Date: October 20, 2026
Time: 2:00 p.m.
Crtrm: Zoom

**STIPULATION**

Plaintiffs Rearden LLC and Rearden Mova LLC (collectively "Plaintiffs") and Defendants TWDC Enterprises 18 Corp., Disney Studio Production Services Co., LLC, Walt Disney Pictures, Marvel Studios LLC, MVL Film Finance LLC, and Lucasfilm Ltd. LLC (collectively, "Defendants") (Plaintiffs and Defendants jointly, the "Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiffs filed their complaint on April 21, 2022 (Dkt. 1). After motion practice and amendments regarding Plaintiffs' Complaints, Defendants filed their Answer to the Fifth Amended Complaint and their Counterclaims on February 13, 2026 (Dkt. 122), and Plaintiffs filed their Answer to Defendants' Counterclaims on March 5, 2026 (Dkt. 129).

2. On March 3, 2026, the Court entered an Order for the Parties to submit a Joint Case Management Statement by July 28, 2026 and to conduct a Further Case Management Conference for August 4, 2026, beginning at 2:00 PM (Dkt. 125).

3. On March 3, 2026, the Court entered a Scheduling Order (Dkt. 126).

4. On June 15, 2026 the Parties conferred regarding Plaintiffs' need to secure replacement counsel in the litigation. In view of Plaintiffs' request to temporarily stay this action, on June 16, 2026, the Parties filed a joint stipulation to temporarily stay the case and extend certain deadlines ordered in the Court's Scheduling Order (Dkt. 143).

5. On June 22, 2026, the Court granted the Parties' joint stipulation (Dkt. 146).

6. On July 8, 2026, the Parties stipulated to continue the Case Management Conference to Tuesday, October 20, 2026 at 2:00 PM or another date thereafter, in parallel with the temporary and limited stay (Dkt. 147). The Court entered the extension on July 10, 2026 (Dkt. 148).

7. On October 6, 2026, the Parties conferred regarding the Case Management Conference scheduled for October 20, 2026. The Parties have agreed that in order to conserve the Court and the Parties' resources, the Case Management Conference should be continued to Tuesday, November 24, 2026 at 2:00 PM or another date thereafter. The parties agree to submit a joint case management statement by November 17, 2026.

THEREFORE, the Parties respectfully request that the Court issue an Order granting this stipulation by rescheduling the October 20, 2026 Case Management Conference to November 24, 2026 or as soon thereafter at the Court's availability, and the Parties' Joint Case Management Statement be extended accordingly to November 17, 2026.

**IT IS SO STIPULATED.**

Dated: October 7, 2026

**HG LAW LLP**

By: */s/ Brian J. Beck (with permission)*
BRIAN J. BECK
Attorneys for Plaintiffs

Dated: October 7, 2026

**WILMERHALE LLP**

By: */s/ Taylor Gooch*
JOSEPH TAYLOR GOOCH
Attorneys for Defendants

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2026

*/s/ Taylor Gooch*
Joseph Taylor Gooch

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Further Case Management Conference schedule for October 20, 2026 will be rescheduled for November 24, 2026, at 2:00 PM by Zoom webinar. The Parties shall submit a Joint Case Management Statement by no later than November 17, 2026.

DATED: October 14, 2026, 2026

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE